### 25408.   WRIGHT *v.* THE STATE.

BROYLES, C. J.  The evidence connecting the defendant with the offense charged (possessing whisky) was wholly circumstantial.  The ground of the motion for new trial assigning error on the failure of the court to instruct the jury on the law of circumstantial evidence is meritorious; and the refusal to grant a new trial was error.

> *Judgment reversed.   MacIntyre and Guerry, JJ., concur.*

DECIDED FEBRUARY 6, 1936.

*W. A. Dampier,* for plaintiff in error.
*Lester F. Watson, solicitor,* contra.

### 25439.   KNOPP *v.* THE STATE.

BROYLES, C. J.  The defendant was convicted of the offense of possessing whisky, and his motion for a new trial contained only the usual general grounds.  The evidence, while conflicting, authorized the verdict; and the finding of the jury having been approved by the judge, and no error of law appearing, this court is without authority to interfere.

> *Judgment affirmed.   MacIntyre and Guerry, JJ., concur.*

DECIDED FEBRUARY 6, 1936.

*Willis Smith, Earl Staples* for plaintiff in error.
*Emmett Smith, solicitor,* contra.